UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   CRIMINAL NUMBER 05-80175

        Plaintiff,   HONORABLE GERALD E. ROSEN

v.

D-1   RADWAN QAYED ALMADRAHI,

D-2   AHMAD MUSA JEBRIL,

D-3   MUSA ABDALLAH JEBRIL,

        Defendants.
_____/

### ORDER SETTING TRIAL DATE
### AND TOLLING THE SPEEDY TRIAL ACT

This Honorable Court met with counsel for two of the defendants and for the government on Friday, January 6, 2006, and has read the stipulation of counsel for all of the parties. This Court is apprised that the parties will be fully prepared to proceed to trial on Tuesday, March 7, 2006, and that is the first available date that can accommodate this Court's trial schedule and all of the parties' schedules.

Therefore, this Court has set **Tuesday, March 7, 2006, for jury trial** in this matter. Further, this Court determines that the time until March 7, 2006 should be deemed **excludable delay under 18 U.S.C. § 3161**. The Speedy Trial Act is tolled until March 7, 2006.

**IT IS SO ORDERED.**

                    s/Gerald E. Rosen
                    Gerald E. Rosen
                    United States District Judge

Dated: January 13, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 13, 2006, by electronic and/or ordinary mail.

                    s/LaShawn R. Saulsberry
                    Case Manager